## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| THEODORE WILLIAMS, *et al.*, | ) | |
| | ) | Case No. 1:16-cv-00266-KS-MTP |
| Plaintiffs, | ) | |
| | ) | Hon. Keith Starrett |
| v. | ) | District Judge |
| | ) | |
| GARY HARGROVE, *et al.*, | ) | Hon. Michael T. Parker |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

### PLAINTIFFS' RESPONSE IN OPPOSITION
### TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Plaintiffs THEODORE WILLIAMS, *et al.*, by their undersigned attorneys, and respectfully submit this Response in Opposition to Defendants Motion for Summary Judgment, Doc. Nos. 142 & 144, stating as follows:

1. On October 16, 2017, Defendants Harrison County, the Harrison County Board of Supervisors, and Coroner Gary Hargrove filed a motion for summary judgment and supporting memorandum. Doc. Nos. 142 & 144. On the same day, these Defendants filed a motion to exclude Plaintiffs' experts Dr. Richard T. Campbell and John Gale and supporting memorandum. Doc. Nos. 141 & 143. This Court granted Plaintiffs an extension to today's date to respond.

2. For the reasons set forth in the accompanying Memorandum Brief In Support of Plaintiffs' Response In Opposition to Defendants' Motion for Summary Judgment, Plaintiffs respectfully request that the Court deny Defendants' motion for summary judgment.

3. In support of their position, Plaintiffs incorporate all arguments presented in the attached Memorandum and in Plaintiff's response to Defendants' motion to exclude Plaintiffs' expert witnesses.

1

4. In addition, Plaintiffs submit the following exhibits in support of their response:

| No. | Description |
| --- | --- |
| 1 | Plaintiffs' Responses to Harrison County's Interrogatories |
| 2 | Deposition of Eddie Hartwell (excerpts) |
| 3 | Deposition of Theodore Williams (excerpts) |
| 4 | Deposition of Ricky August (excerpts) |
| 5 | Deposition of Anthony Marshall (excerpts) |
| 6 | Funeral Home Licenses |
| 7 | Declaration of Sonya Williams Barnes |
| 8 | Deposition of Lasha August (excerpts) |
| 9 | Deposition of Gina Marshall (excerpts) |
| 10 | Deposition of Helen Evans (excerpts) |
| 11 | Deposition of Coroner Gary Hargrove |
| 12 | Deposition of Brian Switzer (excerpts) |
| 13 | Deposition of Charles Wise (excerpts) |
| 14 | Coroner Hargrove's Responses to Plaintiffs' First Interrogatories |
| 15 | County Responses to Plaintiffs' First Interrogatories |
| 16 | Plaintiffs' Supplemental Responses to Harrison County's Interrogatories |
| 17 | Roster of Board Members |
| 18 | Overview of State Funeral Home Death Statistics |
| 19 | State Funeral Home Death Statistics 2007 |
| 20 | State Funeral Home Death Statistics 2008 |
| 21 | State Funeral Home Death Statistics 2009 |
| 22 | State Funeral Home Death Statistics 2010 |
| 23 | State Funeral Home Death Statistics 2011 |
| 24 | State Funeral Home Death Statistics 2012 |
| 25 | State Funeral Home Death Statistics 2013 |
| 26 | State Funeral Home Death Statistics 2014 |
| 27 | State Funeral Home Death Statistics 2015 |

| No. | Description |
|---|---|
| 28 | State Funeral Home Death Statistics 2016 (First Six Months) |
| 29 | Example Death Investigation Form with Confidential Information Redacted |
| 30 | Coroner File Dataset |
| 31 | Declaration of Dr. Campbell |
| 32 | Exhibit A to Declaration of Dr. Campbell – Report |
| 33 | Exhibit B to Declaration of Dr. Campbell – Supplemental Report |
| 34 | Exhibit C to Declaration of Dr. Campbell – Rebuttal Report |
| 35 | Exhibit D to Declaration of Dr. Campbell – Dr. Campbell CV |
| 36 | Exhibit E to Declaration of Dr. Campbell – Index of Coroner Files |
| 37 | Declaration of John Gale, Ph.D. |
| 38 | Exhibit A to Declaration of John Gale, Ph.D. – Report |
| 39 | Exhibit B to Declaration of John Gale, Ph.D. – Supplemental Report |
| 40 | Exhibit C to Declaration of John Gale, Ph.D. – John Gale CV |
| 41 | Deposition of President Connie Rockco (excerpts) |
| 42 | Deposition of John Johnson (excerpts) |
| 43 | Deposition of Dr. Palmer (excerpts) |
| 44 | Deposition of Joy Yates (excerpts) |
| 45 | Coroner File Dataset, Subset of Files With No Indication of Family/Decedent Choice |
| 46 | Coroner File Dataset, Subset of Files from Hospitals, Nursing Homes, Hospice, Sole Evidence of Coroner Selection |
| 47 | Declaration of Anne Gottschalk |
| 48 | Coroner Responses to Plaintiffs' Second Interrogatories |
| 49 | County Responses to Plaintiffs' Second Interrogatories |
| 50 | Deposition of Beth Seymour |
| 51 | County Payment Records |

5.   For all of these reasons, Plaintiffs respectfully request that the Court deny Defendants' motion for summary judgment.

DATE: November 13, 2017             RESPECTFULLY SUBMITTED,

**THEODORE WILLIAMS,** *et al.*

By:     /s/ Steven Art
        *One of Plaintiff's Attorneys*

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Michael Kanovitz* | Robert McDuff | Beth L. Orlansky |
| Steven Art* | 767 N. Congress St. | Kiara A. Taite |
| David B. Owens* | Jackson, MS 39202 | Mississippi Center for |
| Katherine A. Roche* | (601) 969-0802 |   Justice |
| LOEVY & LOEVY | rbm@mcdufflaw.com | 963 Division St. |
| 311 N. Aberdeen St., 3rd fl. | | Biloxi, MS 39530 |
| Chicago, IL 60647 | | (228) 435-7248 |
| (312) 243-5900 | | borlansky@mscenter |
| (312) 243-5902 (fax) | |   forjustice.org |
| steve@loevy.com | | |
| * Admitted *pro hac vice* | | |

4

## CERTIFICATE OF SERVICE

I, Steven Art, an attorney, hereby certify that on November 13, 2017, I filed the foregoing **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** using the Court's CM/ECF system, which effected service on all counsel of record.

By: /s/ Steven Art
*One of Plaintiff's Attorneys*