IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| THEODORE WILLIAMS, LOCKETT WILLIAMS MORTUARY, INC., RICKY AUGUST, LASHA AUGUST, JONATHAN AUGUST, RICHMOND-AUGUST FUNERAL HOME, LLC, EDDIE HARTWELL, HARTWELL FAMILY FUNERAL HOME, LLC, ANTHONY MARSHALL, GINA MARSHALL, MARSHALL FUNERAL HOME, INC., PAMELA DICKEY, DICKEY BROTHERS MEMORIAL FUNERAL HOME, LLC, HELEN EVANS, and J.T. HALL FUNERAL HOME, INC., | |
| | Case No. 1:16-cv-00266-KS-MTP |
| Plaintiffs, | Hon. Keith Starrett<br>District Judge |
| v. | |
| | Hon. Michael T. Parker<br>Magistrate Judge |
| GARY HARGROVE, in his individual capacity and his official capacity as CORONER OF HARRISON COUNTY, the HARRISON COUNTY BOARD OF SUPERVISORS, HARRISON COUNTY, Mississippi, UNKNOWN EMPLOYEES OF THE CORONER OF HARRISON COUNTY, UNKNOWN EMPLOYEES OF THE HARRISON COUNTY BOARD OF SUPERVISORS, and UNKNOWN EMPLOYEES OF HARRISON COUNTY, | JURY TRIAL DEMANDED |
| Defendants. | |

## **PLAINTIFFS' MOTION FOR RESTRICTED ACCESS**

NOW COME Plaintiffs, Theodore Williams, *et al.*, by and through their

attorneys, LOEVY & LOEVY, ROBERT MCDUFF, and MISSISSIPPI CENTER

FOR JUSTICE, and hereby move for an order granting restricted access to Exhibits 3, 4, 5, 6, 7, and 8 to their Supplemental Memorandum in Opposition to Defendants' Motion to Exclude Dr. Campbell (Dkt. 193). In support, Plaintiffs state as follows:

1. Plaintiffs have filed their Supplemental Memorandum in Opposition to Defendants' Motion to Exclude Dr. Campbell (Dkt. 193).

2. In order to serve the purpose of Plaintiffs Supplemental Memorandum, this Court and the parties to this suit must have restricted access to the Coroner files.

3. These documents are cited as Exhibits 3, 4, 5, 6, 7, and 8 to Plaintiffs Supplemental Memorandum in Opposition to Defendants' Motion to Exclude Dr. Campbell, but cannot be filed without an Order granting restricted access, as they are under the protection of a Protective Order (Dkt. 61).

4. Plaintiffs will provide the aforementioned documents to the Court and counsel of record via electronic mail.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting restricted access to Exhibits 3, 4, 5, 6, 7, and 8 to their Supplemental Memorandum in Opposition to Defendants' Motion to Exclude Dr. Campbell (Dkt. 193).

Dated: February 15, 2018

RESPECTFULLY SUBMITTED,

BY: /s/ David B. Owens
*One of Plaintiffs' Attorneys*

*Attorneys for Plaintiffs*
Arthur Loevy
Michael Kanovitz
Jon Loevy
Steven Art
Katie Roche

**LOEVY & LOEVY**
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
(312) 243-5900 (phone)
steve@loevy.com

Robert McDuff
767 N. Congress St.
Jackson, Mississippi 39202
(601) 969-0802
rbm@mcdufflaw.com

Beth L. Orlansky
Kiara A. Taite
Mississippi Center for Justice
963 Division St. Biloxi, MS 39530
228-435-7248
borlansky@mscenterforjustice.org

## **CERTIFICATE OF SERVICE**

      I, David B. Owens, an attorney, certify that on February 15, 2018, I served this **Motion for Restricted Access** on all counsel of record via the Court's CM/ECF system.

                                          /s/ David B. Owens
                                          Attorneys for Plaintiffs