# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| THEODORE WILLAMS, *et al.*, | ) |
| Plaintiffs, | ) Case No. 1:16-cv-00266-KS-MTP |
| v. | ) Hon. Keith Starrett<br>) District Judge |
| GARY HARGROVE, *et al.*, | ) |
| Defendants. | ) Hon. Michael T. Parker<br>) Magistrate Judge |
| | ) JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION *IN LIMINE* NO. 3 TO ADMIT THE OBJECTIVE DATASET OF 5,821 CORONER FILES

NOW COME Plaintiffs THEODORE WILLIAMS, *et al.*, by their undersigned attorneys, respectfully move *in limine* seeking to admit the objective dataset of 5,821 Coroner Files.

In support, Plaintiffs respectfully submit and incorporate all arguments presented in their Memorandum Brief in Support of Plaintiffs' Motion *In Limine* to Admit the Objective Dataset of 5,821 Coroner Files.

WHEREFORE Plaintiffs' respectfully request that the foregoing motion be granted, and that the spreadsheets summarizing the Coroner Files from 2012-mid 2016, Hearing Exhibit No. 7, be admitted as evidence for trial.

DATE: February 22, 2018        RESPECTFULLY SUBMITTED,

**THEODORE WILLIAMS, *et al.***

By:   /s/ David B. Owens
       *One of Plaintiff's Attorneys*

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Michael Kanovitz* | Robert McDuff | Beth L. Orlansky |
| Steven Art* | 767 N. Congress St. | Kiara A. Taite |
| David B. Owens* | Jackson, MS 39202 | Mississippi Center for Justice |
| Katherine A. Roche* | (601) 969-0802 | 963 Division St. |
| LOEVY & LOEVY | rbm@mcdufflaw.com | Biloxi, MS 39530 |
| 311 N. Aberdeen St., 3rd fl. | | (228) 435-7248 |
| Chicago, IL 60647 | | borlansky@mscenterforjustice.org |
| (312) 243-5900 | | |
| (312) 243-5902 (fax) | | |
| steve@loevy.com | | |
| * Admitted *pro hac vice* | | |

# CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, hereby certify that on February 22, 2018, I filed the foregoing **PLAINTIFFS' MOTION *IN LIMINE* NO. 2 TO ADMIT THE OBJECTIVE DATASET OF 5,821 CORONER FILES** using the Court's CM/ECF system, which effected service on all counsel of record.

By: /s/ David B. Owens
*One of Plaintiffs' Attorneys*