IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| THEODORE WILLAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:16-cv-00266-KS-MTP |
| ) | |
| v. ) | Hon. Keith Starrett |
| ) | District Judge |
| GARY HARGROVE, *et al.*, ) | |
| ) | Hon. Michael T. Parker |
| Defendants. ) | Magistrate Judge |
| ) | |
| ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION *IN LIMINE* NO. 8 TO BAR ANY WITNESS FROM TESTIFYING TO HEARSAY EVIDENCE OR
ARGUMENT ABOUT DR. MCGARRY'S AUTOPSY PRACTICE**

NOW COME Plaintiffs THEODORE WILLIAMS, *et al.*, by their undersigned attorneys, and respectfully move *in limine* seeking to bar any witness from testifying at trial to hearsay evidence or argument about Dr. McCrary's autopsy practice.

In support, Plaintiffs respectfully submit and incorporate all arguments presented in their Memorandum Brief in Support of Plaintiffs' Motion *In Limine* to Bar Any Witness from Testifying at Trial to Hearsay Evidence or Argument About Dr. McCrary's Autopsy Practice.

WHEREFORE, Plaintiffs respectfully request that the foregoing motion be granted, and that all witnesses be barred from testifying at trial to hearsay evidence or argument about Dr. McGarry's autopsy practice.

DATE: February 22, 2018　　　　　　　RESPECTFULLY SUBMITTED,

**THEODORE WILLIAMS,** *et al.*

　　　　　　　　　　　　　　　　　By:　/s/ David B. Owens
　　　　　　　　　　　　　　　　　　　*One of Plaintiffs' Attorneys*

| *Attorneys for Plaintiffs* | | |
|---|---|---|
| Michael Kanovitz* | Robert McDuff | Beth L. Orlansky |
| Steven Art* | 767 N. Congress St. | Kiara A. Taite |
| David B. Owens* | Jackson, MS 39202 | Mississippi Center for |
| Katherine A. Roche* | (601) 969-0802 | 　Justice |
| LOEVY & LOEVY | rbm@mcdufflaw.com | 963 Division St. |
| 311 N. Aberdeen St., 3rd fl. | | Biloxi, MS 39530 |
| Chicago, IL 60647 | | (228) 435-7248 |
| (312) 243-5900 | | borlansky@mscenter |
| (312) 243-5902 (fax) | | 　forjustice.org |
| steve@loevy.com | | |
| * Admitted *pro hac vice* | | |

## CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, hereby certify that on February 22, 2018, I filed the foregoing **PLAINTIFFS' MOTION *IN LIMINE* NO. 8 TO BAR ANY WITNESS FROM TESTIFYING TO HEARSAY EVIDENCE OR ARGUMENT ABOUT DR. MCGARRY'S AUTOPSY PRACTICE** using the Court's CM/ECF system, which effected service on all counsel of record.

By: /s/ David B. Owens
*One of Plaintiffs' Attorneys*