**WILLIAMS v. HARGROVE -- 42 INDIGENT CASES FROM THE CORONER FILES**

| Case Number | Race of Decedent | Date of Death | Was This A Pauper Case? | What Funeral Home Was the Body Released To? | Was An Autopsy Performed? |
|---|---|---|---|---|---|
| 12-0359-N | White | 4/17/2012 | Yes | Bradford O'Keefe | No |
| 12-0394-N | White | 4/25/2012 | Yes | Bradford O'Keefe | No |
| 12-0769-N | Other | 8/25/2012 | Yes | Bradford O'Keefe | Yes |
| 12-0920-N | Black | 10/7/2012 | Yes | Marshall | No |
| 13-0006-N | White | 11/21/2012 | Yes | Riemann | Yes |
| 13-0056-N | White | 1/16/2013 | Yes | Riemann | No |
| 13-0147-N | White | 2/11/2013 | Yes | Bradford O'Keefe | No |
| 13-0525-N | White | 5/31/2013 | Yes | Bradford O'Keefe | No |
| 13-0579-N | White | 6/22/2013 | Yes | Riemann | No |
| 13-0595-N | White | 6/25/2013 | Yes | Bradford O'Keefe | No |
| 13-0601-N | White | 6/26/2013 | Yes | Bradford O'Keefe | No |
| 13-0635-N | White | 7/8/2013 | Yes | Bradford O'Keefe | No |
| 13-0792-N | White | 8/22/2013 | Yes | Bradford O'Keefe | No |
| 13-1143-H | White | 12/2/2013 | Yes | Riemann | Yes |
| 14-0017-N | Black | 1/4/2014 | Yes | Marshall | No |
| 14-0030-A | White | 1/5/2014 | Yes | Riemann | Yes |
| 14-0034-N | BLANK | 1/7/2014 | Yes | Bradford O'Keefe | No |
| 14-0622-N | Black | 6/17/2014 | Yes | Riemann | No |
| 14-0690-N | White | 7/12/2014 | Yes | Riemann | No |
| 14-0699-N | White | 7/14/2014 | Yes | Riemann | No |
| 14-0724-N | White | 7/20/2014 | Yes | Riemann | No |
| 14-0729-N | White | 7/22/2014 | Yes | Bradford O'Keefe | No |
| 14-0786-N | White | 8/7/2014 | Yes | Bradford O'Keefe | No |
| 14-0897-N | White | 9/6/2014 | Yes | Bradford O'Keefe | No |
| 14-1080-N | White | 11/1/2014 | Yes | Bradford O'Keefe | No |
| 14-1156-N | White | 11/24/2014 | Yes | Bradford O'Keefe | No |
| 14-1164-N | White | 11/21/2014 | Yes | Bradford O'Keefe | Yes |
| 15-0126-N | White | 2/1/2015 | Yes | Bradford O'Keefe | No |
| 15-0304-N | White | 3/21/2015 | Yes | Bradford O'Keefe | No |
| 15-0790-N | Black | 7/22/2015 | Yes | J.T. Hall | No |
| 15-0858-N | White | 8/17/2015 | Yes | Bradford O'Keefe | No |
| 15-0959-N | White | 9/15/2015 | Yes | Bradford O'Keefe | No |
| 15-0963-N | White | 9/17/2015 | Yes | Riemann | No |
| 15-0980-N | White | 9/21/2015 | Yes | Bradford O'Keefe | No |
| 15-1020-N | White | 10/5/2015 | Yes | Bradford O'Keefe | No |
| 15-1073-N | Hispanic/Other | 10/17/2015 | Yes | Bradford O'Keefe | No |
| 15-1109-N | White | 10/25/2015 | Yes | Riemann | No |
| 15-1212-N | White | 11/26/2015 | Yes | Bradford O'Keefe | No |
| 16-0155-N | Black | 2/12/2016 | Yes | Hartwell | No |
| 16-0266-A | White | 3/11/2016 | Yes | Riemann | No |
| 16-0288-N | White | 3/16/2016 | Yes | Bradford O'Keefe | No |
| 16-0659-S | White | 6/27/2016 | Yes | Riemann | No |