**Summary of 42 Indigent Cases**

| Home Body Released To | Total White Decedents | Total Black Decedents | Total "Other" or "Blank" Decedents | Total Decedents |
|---|---|---|---|---|
| | | | | |
| Riemann | 12 | 1 | 0 | |
| Bradford O'Keefe | 22 | 0 | 3 | |
| TOTAL | 34 | 1 | 3 | 38 |
| | | | | |
| Lockett Williams | 0 | 0 | 0 | |
| Richmond-August | 0 | 0 | 0 | |
| Hartwell | 0 | 1 | 0 | |
| Marshall | 0 | 2 | 0 | |
| Dickey Brothers | 0 | 0 | 0 | |
| J.T. Hall | 0 | 1 | 0 | |
| TOTAL | 0 | 4 | 0 | 4 |
| | | | | |
| GRAND TOTAL | 34 | 5 | 3 | 42 |