Cases With Autopsy Authorized
by Coroner on ME-1

| CASE | RACE | DATE OF DEATH | BODY RELEASED TO | AUTOPSY AUTHORIZED |
|---|---|---|---|---|
| 12-0001-N | Black | 1/1/2012 | Riemann | Yes |
| 12-0019-A | White | 1/5/2012 | Bradford O'Keefe | Yes |
| 12-0032-N | White | 1/10/2012 | Riemann | Yes |
| 12-0044-N | White | 1/14/2012 | Riemann | Yes |
| 12-0075-H | White | 1/21/2012 | Riemann | Yes |
| 12-0085-A | Black | 1/22/2012 | Lockett Williams | Yes |
| 12-0088-S | White | 1/26/2012 | Bradford O'Keefe | Yes |
| 12-0098-A | White | 1/29/2012 | Riemann | Yes |
| 12-0108-A | White | 2/1/2012 | Bradford O'Keefe | Yes |
| 12-0120-N | White | 2/4/2012 | Riemann | Yes |
| 12-0133-S | White | 2/9/2012 | Riemann | Yes |
| 12-0172-N | White | 2/22/2012 | Bradford O'Keefe | Yes |
| 12-0188-A | Black | 2/25/2012 | Riemann | Yes |
| 12-0190-N | Black | 2/26/2012 | Riemann | Yes |
| 12-0212-A | White | 2/19/2012 | Riemann | Yes |
| 12-0214-N | White | 3/4/2012 | Riemann | Yes |
| 12-0228-S | White | 3/5/2012 | Riemann | Yes |
| 12-0233-S | White | 3/9/2012 | Riemann | Yes |
| 12-0262-A | White | 3/18/2012 | Riemann | Yes |
| 12-0277-A | Black | 3/23/2012 | Marshall | Yes |
| 12-0281-N | White | 3/24/2012 | Bradford O'Keefe | Yes |
| 12-0291-S | White | 3/27/2012 | Riemann | Yes |
| 12-0296-A | White | 3/30/2012 | Riemann | Yes |
| 12-0303-A | Black | 3/31/2012 | Bradford O'Keefe | Yes |
| 12-0306-A | White | 4/2/2012 | Riemann | Yes |
| 12-0321-A | White | 4/6/2012 | Bradford O'Keefe | Yes |
| 12-0329-A | White | 4/9/2012 | Riemann | Yes |
| 12-0330-H | White | 4/9/2012 | Riemann | Yes |
| 12-0335-A | White | 4/11/2012 | Riemann | Yes |
| 12-0336-S | White | 4/7/2012 | Riemann | Yes |
| 12-0339-N | Black | 4/12/2012 | Riemann | Yes |
| 12-0347-A | White | 4/14/2012 | Riemann | Yes |
| 12-0348-A | White | 4/15/2012 | Riemann | Yes |
| 12-0353-A | White | 4/16/2012 | Riemann | Yes |
| 12-0354-N | Black | 4/16/2012 | Riemann | Yes |
| 12-0374-A | White | 4/23/2012 | Riemann | Yes |
| 12-0385-H | White | 4/23/2012 | Riemann | Yes |
| 12-0386-H | White | 4/23/2012 | Riemann | Yes |
| 12-0387-H | Other | 4/23/2012 | Riemann | Yes |
| 12-0399-N | Black | 4/29/2012 | Riemann | Yes |
| 12-0406-A | White | 5/1/2012 | Riemann | Yes |
| 12-0427-N | Black | 5/7/2012 | Riemann | Yes |
| 12-0430-A | White | 5/8/2012 | Riemann | Yes |
| 12-0444-A | White | 5/14/2012 | Bradford O'Keefe | Yes |
| 12-0446-N | Other | 5/15/2012 | Bradford O'Keefe | Yes |

Cases With Autopsy Authorized
by Coroner on ME-1

| | | | | |
|---|---|---|---|---|
| 12-0456-A | White | 5/17/2012 | Riemann | Yes |
| 12-0463-A | White | 5/22/2012 | Bradford O'Keefe | Yes |
| 12-0485-A | Black | 5/26/2012 | Riemann | Yes |
| 12-0487-S | Black | 5/29/2012 | Riemann | Yes |
| 12-0488-N | White | 5/29/2012 | Riemann | Yes |
| 12-0490-H | White | 5/30/2012 | Bradford O'Keefe | Yes |
| 12-0491-H | Black | 5/30/2012 | Riemann | Yes |
| 12-0503-A | White | 6/4/2012 | Riemann | Yes |
| 12-0510-N | Hispanic/Other | 6/6/2012 | Riemann | Yes |
| 12-0516-A | White | 6/8/2012 | Riemann | Yes |
| 12-0518-H | Black | 6/9/2012 | Marshall | Yes |
| 12-0525-N | White | 5/28/2012 | Riemann | Yes |
| 12-0527-A | White | 6/11/2012 | Riemann | Yes |
| 12-0553-A | White | 6/19/2012 | Riemann | Yes |
| 12-0556-N | White | 6/20/2012 | Riemann | Yes |
| 12-0558-N | White | UNKNOWN | Riemann | Yes |
| 12-0563-A | White | 6/19/2012 | Bradford O'Keefe | Yes |
| 12-0570-A | Black | 6/23/2012 | Riemann | Yes |
| 12-0571-N | White | 6/24/2012 | Riemann | Yes |
| 12-0587-H | Black | 6/30/2012 | Riemann | Yes |
| 12-0607-A | White | 7/6/2012 | Bradford O'Keefe | Yes |
| 12-0608-A | White | 7/6/2012 | Riemann | Yes |
| 12-0626-S | White | 7/12/2012 | Bradford O'Keefe | Yes |
| 12-0630-A | White | 7/13/2012 | Riemann | Yes |
| 12-0646-A | White | 7/11/2012 | Riemann | Yes |
| 12-0653-N | White | 7/20/2012 | Riemann | Yes |
| 12-0655-N | Black | 7/20/2012 | Riemann | Yes |
| 12-0682-S | White | 7/19/2012 | Bradford O'Keefe | Yes |
| 12-0705-A | White | 8/2/2012 | Riemann | Yes |
| 12-0713-N | White | 8/6/2012 | Riemann | Yes |
| 12-0729-A | White | 8/9/2012 | Riemann | Yes |
| 12-0749-A | White | 8/16/2012 | Riemann | Yes |
| 12-0755-N | White | 8/18/2012 | Riemann | Yes |
| 12-0760-N | White | 8/23/2012 | Riemann | Yes |
| 12-0761-H | White | 8/16/2012 | Riemann | Yes |
| 12-0769-N | Other | 8/25/2012 | Bradford O'Keefe | Yes |
| 12-0791-A | White | 9/4/2012 | Riemann | Yes |
| 12-0792-N | Black | 9/4/2012 | Riemann | Yes |
| 12-0795-N | White | 9/4/2012 | Riemann | Yes |
| 12-0796-A | White | 8/28/2012 | Bradford O'Keefe | Yes |
| 12-0802-N | White | 9/6/2012 | Bradford O'Keefe | Yes |
| 12-0807-H | Black | 9/7/2012 | Riemann | Yes |
| 12-0816-S | White | 9/10/2012 | Riemann | Yes |
| 12-0834-A | Black | 9/15/2012 | Riemann | Yes |
| 12-0845-A | White | 9/17/2012 | Riemann | Yes |
| 12-0846-N | Black | 9/14/2012 | Riemann | Yes |
| 12-0852-A | White | 9/19/2012 | Riemann | Yes |
| 12-0853-A | White | 9/18/2012 | Bradford O'Keefe | Yes |

| | | | | |
|---|---|---|---|---|
| 12-0866-A | White | 9/23/2012 | Riemann | Yes |
| 12-0896-A | White | 9/30/2012 | Riemann | Yes |
| 12-0900-N | White | 10/1/2012 | Riemann | Yes |
| 12-0902-N | White | 10/1/2012 | Riemann | Yes |
| 12-0924-A | White | 10/6/2012 | Riemann | Yes |
| 12-0948-A | White | 10/14/2012 | Riemann | Yes |
| 12-0963-A | White | 10/15/2012 | Riemann | Yes |
| 12-0970-A | White | 10/20/2012 | Riemann | Yes |
| 12-0975-A | Blank | 10/22/2012 | Bradford O'Keefe | Yes |
| 12-0979-S | White | 10/22/2012 | Riemann | Yes |
| 12-0986-A | Black | 10/25/2012 | Riemann | Yes |
| 12-0990-N | White | 10/25/2012 | Riemann | Yes |
| 12-1007-S | White | 10/28/2012 | Riemann | Yes |
| 12-1019-A | Black | 11/3/2012 | Lockett Williams | Yes |
| 12-1021-N | Black | 11/3/2012 | Riemann | Yes |
| 12-1029-A | White | 11/5/2012 | Riemann | Yes |
| 12-1031-N | White | 11/6/2012 | Riemann | Yes |
| 12-1036-N | Black | 11/7/2012 | Riemann | Yes |
| 12-1041-N | White | 10/26/2012 | Riemann | Yes |
| 12-1042-A | White | 11/1/2012 | Riemann | Yes |
| 12-1073-A | White | 11/14/2012 | Riemann | Yes |
| 12-1091-N | White | 11/18/2012 | Riemann | Yes |
| 12-1100-H | Black | 11/20/2012 | Riemann | Yes |
| 12-1102-N | Black | 11/21/2012 | Hartwell | Yes |
| 12-1107-A | White | 11/22/2012 | Riemann | Yes |
| 12-1121-N | Black | 11/26/2012 | Riemann | Yes |
| 12-1123-S | White | 11/26/2012 | Riemann | Yes |
| 12-1136-N | Black | 12/1/2012 | Riemann | Yes |
| 12-1144-A | White | 12/3/2012 | Riemann | Yes |
| 12-1156-A | White | 12/4/2012 | Riemann | Yes |
| 12-1177-N | White | 12/14/2012 | Riemann | Yes |
| 12-1179-N | White | 12/14/2012 | Riemann | Yes |
| 12-1186-N | Black | 12/16/2012 | BLANK | Yes |
| 12-1191-N | White | 12/17/2012 | Riemann | Yes |
| 12-1192-A | White | 12/17/2012 | Riemann | Yes |
| 12-1195-N | White | 12/19/2012 | Riemann | Yes |
| 12-1217-H | White | 12/24/2012 | Riemann | Yes |
| 12-1220-S | White | 12/25/2012 | Riemann | Yes |
| 12-1227-A | White | 12/27/2012 | Riemann | Yes |
| 12-1237-N | White | 12/30/2012 | Riemann | Yes |
| 12-1239-A | White | 12/31/2012 | Riemann | Yes |
| 13-0006-N | White | 11/21/2012 | Riemann | Yes |
| 13-0027-N | White | 1/8/2013 | Riemann | Yes |
| 13-0030-A | White | 11/26/2012 | Riemann | Yes |
| 13-0033-N | White | 1/8/2013 | Riemann | Yes |
| 13-0045-N | Black | 1/14/2013 | Riemann | Yes |
| 13-0071-A | Hispanic/Other | 1/19/2013 | Bradford O'Keefe | Yes |
| 13-0072-A | Hispanic/Other | 1/19/2013 | Bradford O'Keefe | Yes |

| Case # | Race | Date | Funeral Home | Authorized |
|---|---|---|---|---|
| 13-0078-A | White | 1/12/2013 | Riemann | Yes |
| 13-0084-N | White | 1/22/2013 | Riemann | Yes |
| 13-0090-N | White | 1/24/2013 | Riemann | Yes |
| 13-0091-S | Black | 1/24/2013 | Bradford O'Keefe | Yes |
| 13-0094-A | White | 1/25/2013 | Bradford O'Keefe | Yes |
| 13-0096-A | White | 1/25/2013 | Riemann | Yes |
| 13-0103-N | White | 1/30/2013 | Riemann | Yes |
| 13-0105-H | White | 1/30/2013 | Bradford O'Keefe | Yes |
| 13-0110-H | White | 2/1/2013 | Riemann | Yes |
| 13-0118-A | White | 2/1/2013 | Riemann | Yes |
| 13-0121-N | Black | 2/4/2013 | Riemann | Yes |
| 13-0122-A | White | 2/3/2013 | Riemann | Yes |
| 13-0126-H | White | 2/5/2013 | Riemann | Yes |
| 13-0132-A | White | 2/6/2013 | Bradford O'Keefe | Yes |
| 13-0133-S | White | 2/6/2013 | Riemann | Yes |
| 13-0139-A | White | 2/7/2013 | Riemann | Yes |
| 13-0170-N | White | 2/18/2013 | Riemann | Yes |
| 13-0173-N | White | 2/19/2013 | Riemann | Yes |
| 13-0186-A | White | 2/21/2013 | Riemann | Yes |
| 13-0199-H | Black | 2/26/2013 | Riemann | Yes |
| 13-0201-A | White | 3/1/2013 | Riemann | Yes |
| 13-0215-H | Black | 3/4/2013 | Riemann | Yes |
| 13-02225-A [sic] | White | 2/27/2013 | Bradford O'Keefe | Yes |
| 13-0244-N | Black | 3/12/2013 | Riemann | Yes |
| 13-0255-A | White | 3/14/2013 | Bradford O'Keefe | Yes |
| 13-0276-H | White | 3/21/2013 | Bradford O'Keefe | Yes |
| 13-0291-N | White | 3/23/2013 | Riemann | Yes |
| 13-0299-N | White | 3/25/2013 | Riemann | Yes |
| 13-0302-A | White | 3/27/2013 | Riemann | Yes |
| 13-0304-A | White | 3/27/2013 | Riemann | Yes |
| 13-0306-A | White | 3/29/2013 | Riemann | Yes |
| 13-0317-A | White | 3/31/2013 | Riemann | Yes |
| 13-0318-S | Blank | 3/25/2013 | Bradford O'Keefe | Yes |
| 13-0320-A | White | 4/2/2013 | Riemann | Yes |
| 13-0327-A | White | 4/4/2013 | Bradford O'Keefe | Yes |
| 13-0334-A | White | 4/7/2013 | Riemann | Yes |
| 13-0335-A | White | 4/8/2013 | Riemann | Yes |
| 13-0341-N | White | 4/10/2013 | Riemann | Yes |
| 13-0349-S | White | 4/13/2013 | Riemann | Yes |
| 13-0353-N | Black | 4/13/2013 | Riemann | Yes |
| 13-0354-A | White | 4/13/2013 | Riemann | Yes |
| 13-0355-N | White | 4/13/2013 | Riemann | Yes |
| 13-0369-A | White | 4/20/2013 | Riemann | Yes |
| 13-0377-A | Black | 4/19/2013 | Riemann | Yes |
| 13-0379-N | White | 4/22/2013 | Riemann | Yes |
| 13-0389-S | White | 4/24/2013 | Riemann | Yes |
| 13-0426-A | White | 5/2/2013 | Riemann | Yes |
| 13-0436-H | White | 5/9/2013 | Riemann | Yes |

| | | | | |
|---|---|---|---|---|
| 13-0455-N | White | 5/15/2013 | Riemann | Yes |
| 13-0456-A | White | 5/15/2013 | Riemann | Yes |
| 13-0471-A | White | 5/18/2013 | Riemann | Yes |
| 13-0473-A | White | 5/18/2013 | Riemann | Yes |
| 13-0475-A | White | 5/18/2013 | Riemann | Yes |
| 13-0487-A | White | 5/21/2013 | Riemann | Yes |
| 13-0494-H | White | 5/23/2013 | Riemann | Yes |
| 13-0495-S | White | 5/23/2013 | Riemann | Yes |
| 13-0507-N | Black | 5/27/2013 | Riemann | Yes |
| 13-0510-A | White | 5/29/2013 | Riemann | Yes |
| 13-0522-N | White | 5/27/2013 | Riemann | Yes |
| 13-0536-A | White | 6/5/2013 | Riemann | Yes |
| 13-0547-N | White | 6/7/2013 | Riemann | Yes |
| 13-0549-A | Black | 6/9/2013 | Riemann | Yes |
| 13-0552-N | White | 6/10/2013 | Bradford O'Keefe | Yes |
| 13-0560-S | Black | 6/11/2013 | Riemann | Yes |
| 13-0563-A | White | 6/15/2013 | Riemann | Yes |
| 13-0564-H | Black | 6/15/2013 | Riemann | Yes |
| 13-0568-A | White | 6/16/2013 | Riemann | Yes |
| 13-0577-A | White | 6/20/2013 | Bradford O'Keefe | Yes |
| 13-0590-A | White | 6/23/2013 | Bradford O'Keefe | Yes |
| 13-0616-N | White | 7/3/2013 | Bradford O'Keefe | Yes |
| 13-0633-N | White | 7/7/2013 | Riemann | Yes |
| 13-0636-A | White | 7/6/2013 | Riemann | Yes |
| 13-0638-N | White | 7/9/2013 | Riemann | Yes |
| 13-0641-N | White | 7/10/2013 | Riemann | Yes |
| 13-0644-N | White | 7/11/2013 | Riemann | Yes |
| 13-0654-A | White | 7/13/2013 | Riemann | Yes |
| 13-0672-A | Black | 7/19/2013 | Riemann | Yes |
| 13-0683-A | White | 7/23/2013 | Riemann | Yes |
| 13-0694-A | White | 7/26/2013 | Riemann | Yes |
| 13-0695-N | White | 7/25/2013 | Riemann | Yes |
| 13-0696-H | White | 7/26/2013 | Riemann | Yes |
| 13-0707-A | Black | 7/26/2013 | Riemann | Yes |
| 13-0708-N | White | 7/29/2013 | Riemann | Yes |
| 13-0712-N | White | 7/30/2013 | Riemann | Yes |
| 13-0722-A | White | 8/3/2013 | Riemann | Yes |
| 13-0723-N | Black | 8/2/2013 | Riemann | Yes |
| 13-0731-N | White | 8/5/2013 | Riemann | Yes |
| 13-0732-A | White | 8/5/2013 | Riemann | Yes |
| 13-0743-N | White | 6/22/2012 | Riemann | Yes |
| 13-0743-N | White | 6/22/2012 | Riemann | Yes |
| 13-0749-H | White | 8/11/2013 | Riemann | Yes |
| 13-0756-A | White | 8/13/2013 | Riemann | Yes |
| 13-0759-N | Black | 8/14/2013 | Riemann | Yes |
| 13-0771-N | White | 8/18/2013 | Riemann | Yes |
| 13-0789-N | White | 8/22/2013 | Riemann | Yes |
| 13-0796-A | White | 8/24/2013 | Riemann | Yes |

Cases With Autopsy Authorized
by Coroner on ME-1

| | | | | |
|---|---|---|---|---|
| 13-0800-S | Black | 8/24/2013 | Riemann | Yes |
| 13-0804-N | White | 8/25/2013 | Bradford O'Keefe | Yes |
| 13-0815-U | White | 8/27/2013 | Riemann | Yes |
| 13-0817-A | White | 8/27/2013 | Riemann | Yes |
| 13-0844-H | Black | 9/7/2013 | Riemann | Yes |
| 13-0845-A | White | 9/8/2013 | Riemann | Yes |
| 13-0851-N | White | 9/11/2013 | Riemann | Yes |
| 13-0855-A | White | 9/13/2013 | Riemann | Yes |
| 13-0857-S | White | 9/13/2013 | Riemann | Yes |
| 13-0861-S | White | 9/14/2013 | Riemann | Yes |
| 13-0862-N | White | 9/15/2013 | Riemann | Yes |
| 13-0864-N | Black | 9/15/2013 | Riemann | Yes |
| 13-0870-A | White | 9/18/2013 | Riemann | Yes |
| 13-0877-N | White | 9/19/2013 | Bradford O'Keefe | Yes |
| 13-0880-S | White | 9/20/2013 | Riemann | Yes |
| 13-0881-A | White | 9/20/2013 | Riemann | Yes |
| 13-0883-N | Black | 9/20/2013 | Riemann | Yes |
| 13-0895-A | White | 9/24/2013 | Riemann | Yes |
| 13-0906-A | White | 9/27/2013 | Riemann | Yes |
| 13-0910-N | White | 9/26/2013 | Riemann | Yes |
| 13-0931-A | White | 10/5/2013 | Riemann | Yes |
| 13-0937-S | White | 10/5/2013 | Riemann | Yes |
| 13-0943-A | White | 9/29/2013 | Bradford O'Keefe | Yes |
| 13-0945-A | White | 10/5/2013 | Riemann | Yes |
| 13-0978-A | White | 10/16/2013 | Riemann | Yes |
| 13-0986-H | White | 9/28/2013 | Riemann | Yes |
| 13-0997-H | Hispanic/Other | 10/22/2013 | Riemann | Yes |
| 13-0999-A | White | 10/23/2013 | Riemann | Yes |
| 13-1008-A | Black | 10/26/2013 | Riemann | Yes |
| 13-1018-N | Black | 10/29/2013 | Riemann | Yes |
| 13-1030-N | White | 11/2/2013 | Riemann | Yes |
| 13-1039-S | White | 11/5/2013 | Riemann | Yes |
| 13-1057-A | White | 11/9/2013 | Riemann | Yes |
| 13-1074-A | White | 11/14/2013 | Riemann | Yes |
| 13-1101-A | Black | 11/24/2013 | Riemann | Yes |
| 13-1107-N | Black | 11/26/2013 | Riemann | Yes |
| 13-1110-N | White | 11/26/2013 | Riemann | Yes |
| 13-1116-A | White | 11/27/2013 | Riemann | Yes |
| 13-1126-N | White | 11/29/2013 | Riemann | Yes |
| 13-1127-N | White | 11/28/2013 | Riemann | Yes |
| 13-1139-N | White | 12/1/2013 | Riemann | Yes |
| 13-1142-N | White | 12/1/2013 | Riemann | Yes |
| 13-1143-H | White | 12/2/2013 | Riemann | Yes |
| 13-1187-A | White | 12/13/2013 | Riemann | Yes |
| 13-1202-A | White | 12/19/2013 | Riemann | Yes |
| 13-1203-A | White | 12/19/2013 | Bradford O'Keefe | Yes |
| 13-1207-N | White | 12/20/2013 | Riemann | Yes |
| 13-1208-A | White | 12/20/2013 | Riemann | Yes |

| Case | Race | Date | Facility | Autopsy |
|---|---|---|---|---|
| 13-1211-N | White | 12/21/2013 | Riemann | Yes |
| 13-1222-N | White | 12/24/2013 | Riemann | Yes |
| 13-1230-N | White | 12/28/2013 | Riemann | Yes |
| 13-1237-N | Black | 12/30/2013 | Riemann | Yes |
| 13-1238-N | White | 12/30/2013 | Riemann | Yes |
| 14-0005-H | White | 12/31/2013 | Riemann | Yes |
| 14-0026-A | White | 1/5/2014 | Riemann | Yes |
| 14-0038-A | White | 1/7/2014 | Bradford O'Keefe | Yes |
| 14-0056-N | White | 1/12/2014 | Riemann | Yes |
| 14-0067-N | White | 1/14/2014 | Bradford O'Keefe | Yes |
| 14-0081-A | White | 1/17/2014 | Riemann | Yes |
| 14-0084-N | White | 1/18/2014 | Riemann | Yes |
| 14-0089-H | White | 1/20/2014 | Riemann | Yes |
| 14-0093-N | White | 1/21/2014 | Riemann | Yes |
| 14-0103-A | White | 1/22/2014 | Riemann | Yes |
| 14-0105-A | White | 1/22/2014 | Riemann | Yes |
| 14-0107-A | White | 1/22/2014 | Riemann | Yes |
| 14-0120-A | White | 1/25/2014 | Riemann | Yes |
| 14-0146-S | White | 1/31/2014 | Riemann | Yes |
| 14-0153-N | White | 2/2/2014 | Riemann | Yes |
| 14-0178-H | Black | 2/9/2014 | Marshall | Yes |
| 14-0190-A | White | 2/11/2014 | Riemann | Yes |
| 14-0202-A | White | 2/13/2014 | Riemann | Yes |
| 14-0210-N | White | 2/16/2014 | Bradford O'Keefe | Yes |
| 14-0216-S | White | 2/13/2014 | Riemann | Yes |
| 14-0217-N | Black | 2/15/2014 | Riemann | Yes |
| 14-0220-N | Other | 2/19/2014 | Bradford O'Keefe | Yes |
| 14-0227-H | Black | 2/20/2014 | Riemann | Yes |
| 14-0234-N | Black | 2/21/2014 | Riemann | Yes |
| 14-0239-A | White | 2/21/2014 | Riemann | Yes |
| 14-0240-S | Black | 2/19/2014 | Riemann | Yes |
| 14-0241-N | White | 2/22/2014 | Riemann | Yes |
| 14-0258-N | Black | 2/28/2014 | Riemann | Yes |
| 14-0278-N | White | 3/3/2014 | Bradford O'Keefe | Yes |
| 14-0281-A | White | 3/4/2014 | Riemann | Yes |
| 14-0283-A | White | 3/6/2014 | Riemann | Yes |
| 14-0323- | Black | 3/17/2014 | Riemann | Yes |
| 14-0326-A | White | 3/19/2014 | Riemann | Yes |
| 14-0329-N | White | 3/19/2014 | Bradford O'Keefe | Yes |
| 14-0337-A | White | 3/21/2014 | Riemann | Yes |
| 14-0349-A | White | 3/22/2014 | Riemann | Yes |
| 14-0357-A | White | 3/25/2014 | Riemann | Yes |
| 14-0368-N | White | 3/30/2014 | Riemann | Yes |
| 14-0381-A | White | 4/3/2014 | Bradford O'Keefe | Yes |
| 14-0386-A | White | 4/2/2014 | Bradford O'Keefe | Yes |
| 14-0407-A | White | 4/12/2014 | Riemann | Yes |
| 14-0411-H | Black | 4/14/2014 | Riemann | Yes |
| 14-0413-A | White | 4/14/2014 | Bradford O'Keefe | Yes |

| | | | | |
|---|---|---|---|---|
| 14-0454-A | White | 4/27/2014 | Riemann | Yes |
| 14-0461-N | Black | 4/29/2014 | Hartwell | Yes |
| 14-0472-N | White | 5/5/2014 | Riemann | Yes |
| 14-0477-A | White | 5/5/2014 | Riemann | Yes |
| 14-0478-N | White | 5/5/2014 | Riemann | Yes |
| 14-0481-A | Black | 5/7/2014 | Riemann | Yes |
| 14-0486-N | White | 5/7/2014 | Riemann | Yes |
| 14-0488-A | White | 5/7/2014 | Bradford O'Keefe | Yes |
| 14-0508-S | White | 5/12/2014 | Riemann | Yes |
| 14-0517-N | Black | 5/16/2014 | Riemann | Yes |
| 14-0534-N | Black | 5/21/2014 | Riemann | Yes |
| 14-0559-A | Black | 5/31/2014 | Marshall | Yes |
| 14-0561-N | White | 5/31/2014 | Bradford O'Keefe | Yes |
| 14-0563-A | White | 6/1/2014 | Riemann | Yes |
| 14-0564-N | White | 6/1/2014 | Riemann | Yes |
| 14-0581-A | White | 6/5/2014 | Riemann | Yes |
| 14-0583-S | Black | 6/7/2014 | Riemann | Yes |
| 14-0586-N | White | 6/8/2014 | Riemann | Yes |
| 14-0594-A | White | 6/10/2014 | Riemann | Yes |
| 14-0600-A | White | 6/11/2014 | Riemann | Yes |
| 14-0607-H | Black | 6/13/2014 | Riemann | Yes |
| 14-0612-H | Black | 6/14/2014 | Riemann | Yes |
| 14-0634-H | White | 6/2/2014 | Riemann | Yes |
| 14-0636-A | White | 6/21/2014 | Riemann | Yes |
| 14-0713-H | Black | 7/16/2014 | Riemann | Yes |
| 14-0720-A | White | 7/20/2014 | Riemann | Yes |
| 14-0733-H | Black | 7/23/2014 | Riemann | Yes |
| 14-0739-A | White | 7/22/2014 | Riemann | Yes |
| 14-0749-A | Black | 7/26/2014 | Bradford O'Keefe | Yes |
| 14-0772-N | White | 8/2/2014 | Riemann | Yes |
| 14-0777-N | White | 8/4/2014 | Riemann | Yes |
| 14-0779-A | White | 8/5/2014 | Riemann | Yes |
| 14-0797-S | White | 8/11/2014 | Riemann | Yes |
| 14-0829-N | White | 8/19/2014 | Riemann | Yes |
| 14-0840-A | White | 8/21/2014 | Bradford O'Keefe | Yes |
| 14-0848-A | White | 8/22/2014 | Bradford O'Keefe | Yes |
| 14-0868-A | White | 8/29/2014 | Riemann | Yes |
| 14-0869-A | Black | 8/29/2014 | Riemann | Yes |
| 14-0880-A | White | 8/29/2014 | Riemann | Yes |
| 14-0884-A | White | 9/3/2014 | Riemann | Yes |
| 14-0889-S | White | 9/4/2014 | Bradford O'Keefe | Yes |
| 14-0894-N | Black | 9/6/2014 | Riemann | Yes |
| 14-0906-A | White | 9/10/2014 | Riemann | Yes |
| 14-0910-A | White | 9/11/2014 | Riemann | Yes |
| 14-0918-N | White | 9/11/2014 | Riemann | Yes |
| 14-0934-A | White | 9/19/2014 | Riemann | Yes |
| 14-0942-N | White | 9/21/2014 | Riemann | Yes |
| 14-0944-A | White | 9/21/2014 | Bradford O'Keefe | Yes |

| | | | | |
|---|---|---|---|---|
| 14-0946-N | Black | 9/20/2014 | Riemann | Yes |
| 14-0958-H | Black | 9/24/2014 | Riemann | Yes |
| 14-0963-N | Black | 9/26/2014 | Riemann | Yes |
| 14-0999-N | White | 10/6/2014 | Riemann | Yes |
| 14-1004-A | White | 10/8/2014 | Riemann | Yes |
| 14-1009-A | White | 10/9/2014 | Riemann | Yes |
| 14-1017-H | Black | 10/11/2014 | Riemann | Yes |
| 14-1028-N | White | 10/14/2014 | Bradford O'Keefe | Yes |
| 14-1029-N | Black | 10/14/2014 | Riemann | Yes |
| 14-1030-S | White | 10/3/2014 | Riemann | Yes |
| 14-1041-A | White | 10/18/2014 | Riemann | Yes |
| 14-1055-N | White | 10/23/2014 | Riemann | Yes |
| 14-1060-A | White | 10/26/2014 | Riemann | Yes |
| 14-1065-N | White | 10/27/2014 | Riemann | Yes |
| 14-1078-A | White | 11/1/2014 | Bradford O'Keefe | Yes |
| 14-1108-H | White | 11/10/2014 | Riemann | Yes |
| 14-1113-S | Black | 11/12/2014 | Riemann | Yes |
| 14-1128-S | White | 11/15/2014 | Riemann | Yes |
| 14-1141-U | White | 8/15/2014 | Riemann | Yes |
| 14-1157-N | White | 11/24/2014 | Riemann | Yes |
| 14-1164-N | White | 11/21/2014 | Bradford O'Keefe | Yes |
| 14-1169-A | White | 11/26/2014 | Riemann | Yes |
| 14-1196-N | White | 12/1/2014 | Riemann | Yes |
| 14-1205-A | White | 12/1/2014 | Riemann | Yes |
| 14-1212-A | White | 12/6/2014 | Riemann | Yes |
| 14-1232-A | White | 12/11/2014 | Riemann | Yes |
| 14-1234-A | White | 12/12/2014 | Riemann | Yes |
| 14-1245-U | White | 6/15/2014 | Riemann | Yes |
| 14-1252-A | White | 12/17/2014 | Riemann | Yes |
| 14-1287-A | White | 12/24/2014 | Riemann | Yes |
| 14-1294-A | White | 12/26/2014 | Riemann | Yes |
| 14-1310-A | Blank | 12/29/2014 | Bradford O'Keefe | Yes |
| 14-1315-N | White | 12/31/2014 | Riemann | Yes |
| 15-0002-A | White | 1/1/2015 | Riemann | Yes |
| 15-0004-A | White | 1/1/2015 | Riemann | Yes |
| 15-0023-N | Black | 1/7/2015 | Riemann | Yes |
| 15-0025-A | White | 1/7/2015 | Riemann | Yes |
| 15-0046-H | Black | 1/11/2015 | Riemann | Yes |
| 15-0059-N | White | 1/14/2015 | Riemann | Yes |
| 15-0107-A | White | 1/25/2015 | Riemann | Yes |
| 15-0110-H | Black | 1/27/2015 | Riemann | Yes |
| 15-0121-H | Black | 1/31/2015 | Riemann | Yes |
| 15-0132-A | Black | 2/3/2015 | Riemann | Yes |
| 15-0140-N | White | 2/5/2015 | Bradford O'Keefe | Yes |
| 15-0199-A | White | 2/21/2015 | Riemann | Yes |
| 15-0222-H | White | 2/26/2015 | Riemann | Yes |
| 15-0319-H | Black | 3/24/2015 | Riemann | Yes |
| 15-0321-U | White | 3/25/2015 | Bradford O'Keefe | Yes |

| | | | | |
|---|---|---|---|---|
| 15-0333-N | White | 3/27/2015 | Riemann | Yes |
| 15-0341-A | White | 3/30/2015 | Riemann | Yes |
| 15-0342-A | White | 3/30/2015 | Riemann | Yes |
| 15-0356-H | Black | 4/3/2015 | Hartwell | Yes |
| 15-0378-N | Black | 4/9/2015 | Hartwell | Yes |
| 15-0398-A | Black | 4/12/2015 | Richmond-August | Yes |
| 15-0418-H | Black | 4/18/2015 | Lockett Williams | Yes |
| 15-0423-H | Black | 4/19/2015 | Lockett Williams | Yes |
| 15-0424-S | White | 4/15/2015 | Riemann | Yes |
| 15-0439-N | White | 4/24/2015 | Riemann | Yes |
| 15-0450-N | White | 4/28/2015 | Riemann | Yes |
| 15-0453-N | White | 4/29/2015 | Riemann | Yes |
| 15-0508-A | Other | 5/12/2015 | Riemann | Yes |
| 15-0518-N | Black | 5/13/2015 | J.T. Hall | Yes |
| 15-0527-A | White | 5/16/2015 | Riemann | Yes |
| 15-0627-U | White | 6/16/2015 | Riemann | Yes |
| 15-0683-N | White | 6/29/2015 | Riemann | Yes |
| 15-0713-N | White | 7/7/2015 | Riemann | Yes |
| 15-0733-H | Black | 7/12/2015 | Hartwell | Yes |
| 15-0745-H | Black | 7/15/2015 | Hartwell | Yes |
| 15-0758-A | White | 7/18/2015 | Riemann | Yes |
| 15-0844-U | White | 8/8/2015 | Riemann | Yes |
| 15-0873-N | White | 8/19/2015 | Riemann | Yes |
| 15-0881-U | White | 8/22/2015 | Riemann | Yes |
| 15-0899-N | White | 8/28/2015 | Riemann | Yes |
| 15-0928-A | White | 9/4/2015 | Bradford O'Keefe | Yes |
| 15-0966 | Black | 9/18/2015 | Riemann | Yes |
| 15-1001-H | Black | 9/29/2015 | Riemann | Yes |
| 15-1010-N | White | 10/3/2015 | Riemann | Yes |
| 15-1032-H | White | 9/18/2015 | Riemann | Yes |
| 15-1052-N | Black | 10/11/2015 | Riemann | Yes |
| 15-1063-S | White | 9/18/2013 | Riemann | Yes |
| 15-1068-U | White | 10/15/2015 | Bradford O'Keefe | Yes |
| 15-1085-H | White | 10/5/2015 | Riemann | Yes |
| 15-1137-H | White | 11/6/2015 | Riemann | Yes |
| 15-1217-H | White | 11/27/2015 | Riemann | Yes |
| 15-1218-U | White | 11/27/2015 | Bradford O'Keefe | Yes |
| 15-1236-N | Black | 12/2/2015 | Lockett Williams | Yes |
| 15-1250-A | White | 12/8/2015 | Riemann | Yes |
| 15-1256-U | White | 12/9/2015 | Riemann | Yes |
| 15-1260-N | Black | 12/10/2015 | Hartwell | Yes |
| 15-1305-N | White | 12/20/2015 | Riemann | Yes |
| 15-1325-A | White | 12/27/2015 | Riemann | Yes |
| 15-1326-A | White | 12/27/2015 | Riemann | Yes |
| 16-0017-A | Black | 1/6/2016 | Lockett Williams | Yes |
| 16-0048-N | Black | 1/14/2016 | Riemann | Yes |
| 16-0055-N | Black | 1/16/2016 | Riemann | Yes |
| 16-0090-H | Black | 1/24/2016 | Riemann | Yes |

| | | | | |
|---|---|---|---|---|
| 16-0134-H | Black | 2/7/2016 | Riemann | Yes |
| 16-0184-A | White | 2/19/2016 | Riemann | Yes |
| 16-0194-U | White | 2/22/2016 | Riemann | Yes |
| 16-0216-H | Black | 2/27/2016 | Riemann | Yes |
| 16-0264-H | White | 3/10/2016 | Riemann | Yes |
| 16-0306-H | Black | 3/21/2016 | Riemann | Yes |
| 16-0314-N | White | 3/24/2016 | Bradford O'Keefe | Yes |
| 16-0319-N | White | 3/25/2016 | Bradford O'Keefe | Yes |
| 16-0341-N | White | 3/31/2016 | Riemann | Yes |
| 16-0344-U | White | 4/1/2016 | Riemann | Yes |
| 16-0368-H | Black | 4/6/2016 | Riemann | Yes |
| 16-0378-H | Black | 4/9/2016 | Riemann | Yes |
| 16-0402-U | White | 4/15/2016 | Riemann | Yes |
| 16-0407- | Other | 4/17/2016 | Riemann | Yes |
| 16-0409- | White | 4/17/2016 | Riemann | Yes |
| 16-0434-A | White | 4/24/2016 | Riemann | Yes |
| 16-0448-H | White | 4/27/2016 | Riemann | Yes |
| 16-0456-H | Black | 4/30/2016 | Riemann | Yes |
| 16-0465-U | White | 5/4/2016 | Riemann | Yes |
| 16-0473-N | White | 5/5/2016 | Bradford O'Keefe | Yes |
| 16-0475-N | White | 5/6/2016 | Riemann | Yes |
| 16-0557-N | White | 5/31/2016 | Riemann | Yes |
| 16-0579-H | Hispanic/Other | 6/6/2016 | Riemann | Yes |
| 16-0585-H | Black | 6/8/2016 | Lockett Williams | Yes |
| 16-0589-H | Black | 6/8/2016 | Marshall | Yes |
| 16-0607-N | White | 6/13/2016 | Riemann | Yes |