## Summary of 503 Autopsy Cases

| Home Body Released To | Total White Decedents | Total Black Decedents | Total "Other" or "Blank" Decedents | Total Decedents |
|---|---|---|---|---|
| Riemann | 320 | 88 | 6 | 414 |
| Bradford O'Keefe | 56 | 3 | 8 | 67 |
| TOTAL | 376 | 91 | 14 | 481 |
| | | | | |
| Lockett Williams | 0 | 7 | 0 | |
| Richmond-August | 0 | 1 | 0 | |
| Hartwell | 0 | 7 | 0 | |
| Marshall | 0 | 5 | 0 | |
| Dickey Brothers | 0 | 0 | 0 | |
| J.T. Hall | 0 | 1 | 0 | |
| TOTAL | 0 | 21 | 0 | 0 |
| | | | | |
| Blank | 0 | 1 | 0 | |
| TOTAL | 0 | 1 | 0 | 1 |
| GRAND TOTAL | 376 | 113 | 14 | 503 |