**303 Cases with Body Release Form Signed by Coroner and Staff**

**303 Coroner Files Have Body Release Forms Signed by the Coroner and His Staff**

**283 of Those Cases Are Represented In the Following Table:**

| Home Body Released To | Total White Decedents | Total Black Decedents | Total "Other" or "Blank" Decedents | Total Decedents |
|---|---|---|---|---|
| Riemann | 134 | 46 | 6 | 186 |
| Bradford O'Keefe | 66 | 4 | 1 | 71 |
| TOTAL | 200 | 50 | 7 | 257 |
| | | | | |
| Lockett Williams | 0 | 6 | 0 | 6 |
| Richmond-August | 0 | 1 | 0 | 1 |
| Hartwell | 0 | 10 | 0 | 10 |
| Marshall | 0 | 6 | 0 | 6 |
| Dickey Brothers | 0 | 1 | 0 | 1 |
| J.T. Hall | 0 | 2 | 0 | 2 |
| TOTAL | 0 | 26 | 0 | 26 |
| | | | | |
| GRAND TOTAL | 200 | 76 | 0 | 283 |

**20 of Those Cases Had Body Release Forms Recording Multiple or Misc. Funeral Homes As Follows:**

| Home Body Released To | Total White Decedents | Total Black Decedents | Total "Other" or "Blank" Decedents | Total Decedents |
|---|---|---|---|---|
| Bradford O'Keefe / Riemann | 1 | 0 | 0 | 1 |
| Riemann / Bradford O'Keefe | 2 | 0 | 0 | 2 |
| Riemann / Lockett Williams | 0 | 1 | 0 | 1 |
| Riemann / Marshall | 1 | 1 | 0 | 2 |
| Riemann / Escade FH | 1 | 0 | 0 | 1 |
| Riemann / MS Mortuary | 1 | 0 | 0 | 1 |
| Riemann / South MS Funeral Service | 1 | 0 | 0 | 1 |
| Hartwell / Marshall | 0 | 1 | 0 | 1 |
| Hartwell / Riemann | 0 | 1 | 0 | 1 |
| Marshall / Estelle Wilson | 0 | 1 | 0 | 1 |
| Marshall / Riemann | 0 | 1 | 0 | 1 |
| "Coroner's Office" | 1 | 0 | 0 | 1 |
| "MORA then Smalls" | 0 | 1 | 0 | 1 |
| Hospital Morgue / Lockett Williams | 0 | 1 | 0 | 1 |
| Blank | 1 | 2 | 1 | 4 |
| TOTAL | 9 | 10 | 1 | 20 |

**Was there a Pre-Need Designated In the File?**

| Yes- 1 |
|---|
| No-302 |

**Indication of Family Member Funeral Home Preference in File?**

| Yes-27 |
|---|
| No-276 |