**Tim Holleman**

| | |
|---|---|
| **From:** | Anne Gottschalk Scott <anne@loevy.com> |
| **Sent:** | Saturday, April 7, 2018 4:28 PM |
| **To:** | Joe Sam Owen; Tim Holleman; Daniel T. Seawell; Danielle Hamilton; David Owens; Elizabeth Troyer; Katie Roche |
| **Subject:** | Spreadsheets |
| **Attachments:** | Autopsy_Chart.xlsx; Autopsy_Table.xlsx; Coroner ROB Chart (Other Races).xlsx; Coroner ROB Table with Others.xlsx; Pauper Chart FINAL.xlsx; Pauper Table 2 (Other Races) FINAL (2).xlsx |

Counsel,

Attached please find our previously produced spreadsheets in their original format. We also sent these to our expert, John Gale.

Exhibit A