IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THEODORE WILLIAMS et al.**                                                                 **PLAINTIFFS**

**v.**                                                               **CIVIL ACTION NO. 1:16-CV-266-KS-MTP**

**GARY HARGROVE et al.**                                                                      **DEFENDANTS**

## ORDER

All parties agree that the Harrison County Board of Supervisors is not a proper party to this suit, as the claims against it are duplicative and redundant of the claims against Harrison County, Mississippi.  The Court hereby **dismisses** the Board of Supervisors as a party from this case.

SO ORDERED AND ADJUDGED, on this, the __11th___ day of April, 2018.

                                                                        __s/Keith Starrett_____
                                                                        KEITH STARRETT
                                                                        UNITED STATES DISTRICT JUDGE