AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

Civil Action No. 1:16-cv-00266-KS-MTP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* DR. MARK LEVAUGHN, STATE MEDICAL EXAMINER on *(date)* Apr 6, 2018.

[X] I served the subpoena by delivering a copy to the named individual as follows: Wed, Apr 11 2018; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____

I declare under penalty of perjury that this information is true.

Date: 4/11/18

_____
*Server's signature*

ASHLEY GAMMILL

_____
*Printed name and title*

418 Pittman Rd., Ellisville, MS 39437

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| THEODORE WILLIAMS, ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:16-cv-00266-KS-MTP |
| GARY HARGROVE, ET AL. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Dr. Mark LeVaughn, State Medical Examiner
215 Allen Stuart Drive, Pearl, MS 39208

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>2012 15th Street<br>Gulfport, SM 39501 | Courtroom No.: 606 |
|---|---|
| | Date and Time: 04/16/2018 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/29/2018

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Harrison County, MS and Harrison County Board of Supervisors, who issues or requests this subpoena, are:

Tim C. Holleman, 1720 23rd Ave., Gulfport, MS 39501, tim@boyceholleman.com, 228-297-3142

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).