### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

THEODORE WILLIAMS, LOCKETT WILLIAMS                          PLAINTIFFS
MORTUARY, RICKY AUGUST, LASHA AUGUST,
JONATHAN AUGUST, RICHMAND-AUGUST FUNERAL
HOME, INC., EDDIE HARTWELL, HARTWELL & FAMILY
FUNERAL HOME, LLC, ANTHONY MARSHALL, GINA
MARSHALL, MARSHALL FUNERAL HOME, PAMELA DICKEY,
DICKEY BROTHERS MEMORIAL FUNERAL HOME, LLC,
HELEN EVANS, AND  J.T. HALL FUNERAL HOME, INC.

VS.                                          CIVIL ACTION NO. 1:16-cv-266-KS-MTP

GARY HARGROVE AND HARRISON, COUNTY,
MISSISSIPPI                                                  DEFENDANTS

### JUDGMENT OF DISMISSAL

This cause comes before the Court <u>sua sponte</u>, the parties having announced that they

have reached a compromise and settlement of all pending claims in this matter.  Accordingly, the

Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed

with prejudice as to all parties.  By agreement of the parties, the Court hereby retains jurisdiction

to enforce the settlement agreement and impose attorney's fees and costs as indicated.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded,

all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this ___20th___ day of April, 2018.


            ___s/Keith Starrett_____
            UNITED STATES DISTRICT JUDGE