IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| THEODORE WILLAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:16-cv-00266-KS-MTP |
| ) | |
| v. ) | Hon. Keith Starrett |
| ) | District Judge |
| GARY HARGROVE, *et al.*, ) | |
| ) | Hon. Michael T. Parker |
| Defendants. ) | Magistrate Judge |
| ) | |
| ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT
REACHED IN THIS MATTER**

NOW COME Plaintiffs THEODORE WILLIAMS, *et al.*, by their undersigned attorneys, and respectfully move the Court for an Order enforcing the settlement agreement reached in this matter.

In support, Plaintiffs respectfully submit and incorporate all arguments presented in their Memorandum Brief in Support of Plaintiffs' Motion to Enforce, which is supported by the following exhibits:

**Exhibit A:** Report of Proceedings, Transcribing the Settlement

WHEREFORE, Plaintiffs respectfully request that the foregoing motion be granted, and that Defendants be required to adopt a written rotation policy consistent with the settlement agreement.

2

DATE: July 20, 2018                          RESPECTFULLY SUBMITTED,

                                             **THEODORE WILLIAMS,** *et al.*

                                             By:   /s/ David B. Owens
                                                   *One of Plaintiffs' Attorneys*

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| Michael Kanovitz* | Robert McDuff | Beth L. Orlansky |
| Steven Art* | 767 N. Congress St. | Kiara A. Taite |
| David B. Owens* | Jackson, MS 39202 | Mississippi Center for |
| Katherine A. Roche* | (601) 969-0802 |    Justice |
| LOEVY & LOEVY | rbm@mcdufflaw.com | 963 Division St. |
| 311 N. Aberdeen St., 3rd fl. | | Biloxi, MS 39530 |
| Chicago, IL 60647 | | (228) 435-7248 |
| (312) 243-5900 | | borlansky@mscenter |
| (312) 243-5902 (fax) | |    forjustice.org |
| steve@loevy.com | | |
| * Admitted *pro hac vice* | | |

## CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, hereby certify that on July 20, 2018, I filed the foregoing **PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** using the Court's CM/ECF system, which effected service on all counsel of record.

By: /s/ David B. Owens
*One of Plaintiffs' Attorneys*

3